

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 19, 2023

**BY ECF**

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  05/22/2023

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Nykem Alston*, 22 Cr. 517 (VSB)

Dear Judge Broderick:

      The Government writes to respectfully request that its deadline to oppose the defendant's pending motion to suppress, which is currently set for May 25, 2023, be held in abeyance. The parties have recently reached an agreement in principle as to a pretrial resolution of the above-captioned case, which would render further suppression litigation unnecessary. The parties are endeavoring to promptly finalize the agreement and will contact the Court as soon as a change-of-plea proceeding can be scheduled. In the event the anticipated disposition does not come to fruition, the parties will immediately notify the Court so that the Government's suppression motion opposition deadline can be reset and the Court can set pretrial filing deadlines in advance of the July 10, 2023 trial date. The defendant, through counsel, consents to this request.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

by: _____
      Jacob R. Fiddelman
      Assistant United States Attorney
      (212) 637-1024

cc:   Camille Abate, Esq.