UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                                                           :

UNITED STATES OF AMERICA,        :

                  - against -                    :              22-cr-517 (VSB)

                                           :                  **ORDER**

NYKEM ALSTON,                          :

                           Defendant.  :

-------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       The change of plea hearing in this matter is set for June 12, 2023, at 2:00 p.m., in courtroom 518 of the Thurgood Marshall Courthouse at 40 Foley Square, New York, New York 10007.

SO ORDERED.

Dated:  May 23, 2023
            New York, New York

_Vernon Broderick_
Vernon S. Broderick
United States District Judge