# ABATE & PREUSS
## ATTORNEYS AT LAW

———●◦●———

333 Park Avenue South, Suite 3A, New York, NY 10010
TEL: (212) 227-9003 • FAX: (212) 937-2112

October 24, 2023

**VIA ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**APPLICATION GRANTED
SO ORDERED** *[signature]*
**VERNON S. BRODERICK
U.S.D.J.**  10/24/2023

The sentencing scheduled for November 17, 2023 is
hereby adjourned to December 20, 2023 at 2:30 PM.

**Re: Request for Extension of Time to File Sentencing Memorandum**
**And New Sentencing Date**
***United States v. Nykem Alston*, 22 Cr. 517 (VSB)**

Dear Judge Broderick:

The defendant's sentencing submission in the above-captioned case is currently due on November 3, 2023. I am writing to respectfully request that defendant's time be extended until December 1, 2023, with sentence to be adjourned to December 15, 2023.

The reason for this request is that I have been preparing for a trial before the Hon. Judge Rakoff, *United States v. Mounir Mrabet*, commencing November 6, 2023. While I optimistically believed I could give Mr. Alston my full attention in drafting his sentencing memorandum, the circumstances have proved impossible. I cannot effectively attend to Mr. Alston's case until the trial before Judge Rakoff has ended. It is estimated to be about a week to week and a half long.

I have spoken to AUSA Jacob Fiddleman about this request, and the government has no objection to extending the time.

Thank you for your consideration of this matter.

Sincerely,

*Camille M. Abate*

Camille M. Abate, Esq.

cc: AUSA Jacob Fiddleman (via ECF)