U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 12, 2023

**BY ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**APPLICATION GRANTED**
**SO ORDERED**
VERNON S. BRODERICK
U.S.D.J.    12/13/2023

Re:   *United States v. Nykem Alston*, 22 Cr. 517 (VSB)

Dear Judge Broderick:

The Government writes to respectfully request a brief extension of time to file its sentencing submission in the above-referenced case, which is currently due on December 13, 2023. Sentencing is scheduled for Wednesday, December 20 at 2:30 p.m. Due to a number of unexpected, time-sensitive matters that have arisen for the undersigned, the Government respectfully requests that it be permitted to file its sentencing submission by Sunday, December 17, with the sentencing hearing to remain as scheduled for December 20. The defendant, through counsel, consents to this request. We thank the Court for its consideration of this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Jacob R. Fiddelman
Assistant United States Attorney
(212) 637-1024

cc:   Camille Abate, Esq.